■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME BERMUDEZ, Appellant. [834 NYS2d 904]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered June 29, 2000. The judgment convicted defendant, upon a jury verdict, of assault in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a jury verdict of assault in the third degree (Penal Law § 120.00 [2]), defendant contends that reversal is required because of an alleged error in Supreme Court's charge on his justification defense. Defendant failed to object to any portion of the court's charge and defendant's contention is thus unpreserved for our review (*see People v Thurston*, 303 AD2d 980 [2003]; *People v Folger*, 292 AD2d 841 [2002], *lv denied* 98 NY2d 675 [2002]; *see generally People v Robinson*, 88 NY2d 1001 [1996]). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. GILKESON, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered June 20, 2006. The judgment convicted defendant, upon a jury verdict, of attempted kidnapping in the second degree and endangering the welfare of a child.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW E. FARROW, Appellant. [834 NYS2d 904]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered March 13, 2006. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.